IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 18 C 3304 |
| | ) | |
| MIDWEST REM ENTERPRISES, INC., | ) | CHIEF JUDGE REBECCA R. PALLMEYER |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant, MIDWEST REM ENTERPRISES, INC., an Illinois corporation, on July 17, 2018, request this Court enter judgment against Defendant. In support of this Motion, Plaintiffs state:

1. On July 17, 2018, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records. The Court also entered an order that judgment would be entered after the completion of the audit.

2. On May 2, 2019, Plaintiffs' auditors completed the audit. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $228,028.12. (See Affidavit of Richard J. Clarson).

3. Additionally, the amount of $41,613.48 is due for liquidated damages (Clarson Aff. Par. 9) and $26,531.75 is due for interest (Clarson Aff. Par. 10). Plaintiffs' auditing firm of MacNell Accounting and Consulting, L.L.P. charged Plaintiffs $1,600.50 to perform the audit examination and complete the report (Clarson Aff. Par. 11).

4. In addition, Plaintiffs' firm has expended $752.37 for costs and $6,940.00 for attorneys' fees in this matter. (See Affidavit of Laura M. Finnegan).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $305,466.22.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $305,466.22.

/s/ Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>11th</u> day of <u>September 2019</u>:

    Mr. Alberto Ramirez, Registered Agent
    Midwest REM Enterprises, Inc.
    2601 W. LeMoyne
    Melrose Park, IL   60160-1831

    Mr. Albert Ramirez, President
    Midwest REM Enterprises, Inc.
    26W214 Pinehurst
    Winfield, IL   60190-2328

    Ms. Andrea E. Gambino
    Law Offices of Andrea E. Gambino
    53 W. Jackson Boulevard, Suite 1332
    Chicago, IL   60604-3709

            /s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\731exc\Midwest REM\motion-judgment.lmf.df.wpd